UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

AMERICO LOPES-DA SILVA

Criminal No.: 1:25-cr-00080-JAW

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On about April 7, 2025, in the District of Maine, the defendant,

**AMERICO LOPES-DA SILVA**

an alien, was found in the United States of America after having been removed therefrom on about September 9, 2021, at Alexandria, Louisiana, and not having obtained the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States of America. The defendant thus violated Title 8, United States Code, Section 1326(a).

A TRUE BILL,

Date: 5/14/25

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson

_____
(Assistant) United States Attorney